UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLTEL COMMUNICATIONS, INC.,       )<br>            Plaintiff,                              )<br>                                                       )<br>-v-                                                    )<br>                                                       )<br>J. PETER LARK, et al.                       )<br>            Defendants.                       )<br>_____) | No. 5:06-cv-195<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

Having affirmed the Order of the Michigan Public Service Commission and having denied Plaintiff's motion for summary judgment, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 30, 2011                                          /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge